NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1328

OLD RELIABLE WHOLESALE, INC.,

Plaintiff-Appellant,

v.

CORNELL CORPORATION,

Defendant-Appellee.

Richard Eric Gaum, Hahn Loeser & Parks LLP, of Akron, Ohio, argued for plaintiff-appellant.  With him on the brief was Shannon V. McCue.

Matthew J. Schaap, Severson, Sheldon, Dougherty & Molenda, P.A., of Apple Valley, Minnesota, argued for defendant-appellee.  With him on the brief was Gary L. Huusko.

Appealed from:  United States District Court for the Northern District of Ohio

Senior Judge David G. Dowd, Jr.

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1328

OLD RELIABLE WHOLESALE, INC.,

Plaintiff-Appellant,

v.

CORNELL CORPORATION,

Defendant-Appellee.

# Judgment

ON APPEAL from the   United States District Court for the
Northern District of Ohio

in CASE NO(S).       5:06-CV-2389.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (MAYER, PLAGER, and DYK, <u>Circuit Judges</u> )

<u>AFFIRMED</u>.  <u>See</u> Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED <u>December 11, 2009</u>       <u>/s/ Jan Horbaly</u>
                                    Jan Horbaly, Clerk